2jgmtbk (7/15)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Robert J Keehner<br>    Debtor(s) | ) <br>) Case No.: 15−61041−abf7<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without a trial or hearing.

IT IS ORDERED AND ADJUDGED: That Judgment of Non−Dischargeability of Debt in the amount of $280,568.01 is entered against the Debtors, Robert J. Keehner and Angela K. Keehner, in accordance with Doc. #29, entered by the court on 8/19/2016, Stipulation, Agreed Judgment and Order between the Debtors and the United States of America, on behalf of its agency, United States Department of Agriculture, Farm Service Agency ("USDA−FSA").



PAIGE WYMORE−WYNN
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 8/19/16

Court to serve